IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                              No.4:13-cr-73-DPM-1

CEDRIC JERMAINE JACKSON                                              DEFENDANT

**FIRST AMENDED GENERAL CRIMINAL SCHEDULING ORDER**

This case has been continued and re-set for trial on 30 September 2013. The Court orders the following schedule to move this case forward fairly and efficiently to a prompt resolution. This Order modifies the pretrial motion provisions (§8) of the Court's Pretrial Order, № 14.

- **Thirty Days Before Trial Date**—File a Joint Report answering these questions:

    1. Is this case ready for trial or a plea?

    2. If trial-ready, how many six-hour days are needed?

    3. If a party intends to seek a continuance, how long a delay will be requested and why?

- **Twenty-One Days Before Trial Date** — In trial-ready cases, file any pre-trial motions **and** file notice of submitting proposed jury instructions to chambers. Focus on and submit only elements instructions, citing models and authority; the Court will use standard introductory and closing instructions. A response to any motion is due seven calendar days after the motion is filed.
- **Fifteen Days Before Trial Date** — In cases that are not trial-ready or where a guilty plea will be offered, do one of two things:
    1. Get a plea date set with chambers **and** submit the proposed plea agreement to chambers; or
    2. File a motion for continuance.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

19 July 2013